CLAYEO C. ARNOLD, (SBN 65070)
JOSHUA H. WATSON, (SBN 238058)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue, Sacramento, CA 95825
Telephone: (916) 924-3100, Facsimile: (916) 924-1829
Email: jwatson@justice4you.com
Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY (SBN 168181)
emeckley@morganlewis.com
THERESA MAK (SBN 211435)
tmak@morganlewis.com
SACHA M. STEENHOEK (SBN 253743)
ssteenhoek@morganlewis.com
One Market, Spear Street Tower, San Francisco, CA 94105-1126
Telephone: 415.442.1000, Facsimile: 415.442.1001

RICHARD G. ROSENBLATT, *admitted pro hac vice*
rrosenblatt@morganlewis.com
JOSEPH A. NUCCIO, *admitted pro hac vice*
jnuccio@morganlewis.com
502 Carnegie Center, Princeton, NJ 08540-6241
Telephone: 609.919.6600, Facsimile: 609.919.6701

Attorneys for Defendants
AMAZON.COM, INC., GOLDEN STATE FC, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PARSON and BRANDEN MITCHELL, individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON.COM, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00405<br><br>STIPULATION AND [Proposed] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO 12(b)(6) MOTION FILED BY DEFENDANTS AMAZON.COM INC. AND GOLDEN STATE FC LLC<br><br>Date: March 24, 2016<br>Time: 2:00 PM<br>Courtroom: 9<br>Judge: Hon. Jon S. Tigar |

1

STIPULATION AND ORDER

**STIPULATION**

Pursuant to FRCP 6(b) and Local Rule 6-2, the parties by and through counsel of record stipulate to and request the court to order that Plaintiffs shall have until February 26, 2016 to respond to the FRCP 12(b)(6) motion to dismiss filed by Defendants Amazon.com Inc. and Golden State FC LLC. The parties further request that the court order that Defendants' reply in support of their motion shall be due March 4, 2016.

IT IS SO STIPULATED.

| For Plaintiffs: | For Moving Defendants: |
|---|---|
| Dated: February 12, 2016 | Dated: February 12, 2016 |
| CLAYEO C. ARNOLD, APC | MORGAN, LEWIS & BOCKIUS, LLP |

In accord with Local Rules 5-1(i)(3), I attest that concurrence in the filling of the document has been obtained from each of other Signatories who are listed on the signature page.

| By: /s/ | By: /s/ |
|---|---|
| JOSHUA H. WATSON | SACHA STEENHOEK |
| Attorneys for David Parson | Attorneys for Amazon.com Inc., |
| Branden Mitchell | Golden State Fulfillment FC LLC |

**[Proposed] ORDER**

Pursuant to stipulation of the parties and FRCP 6(b), the Court orders that Plaintiffs shall have until February 26, 2016 to respond to the FRCP 12(b)(6) motion to dismiss filed by Defendants Amazon.com Inc. and Golden State FC LLC. Defendants' reply in support of their motion shall be due March 4, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 16, 2016          SIGNED: _____
                                  Hon. Jon S. Tigar

---
2
STIPULATION AND ORDER