CLAYEO C. ARNOLD, (SBN 65070)
JOSHUA H. WATSON, (SBN 238058)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue, Sacramento, CA 95825
Tel.: (916) 924-3100, Fax: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs

DAVID R. ONGARO (SBN 154698)
dongaro@ongaropc.com
AMELIA D. WINCHESTER (SBN 257928)
awinchester@ongaropc.com
CARA R. SHERMAN (SBN 269343)
csherman@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Tel.:  (415) 433-3900 Fax:  (415) 433-3950

Attorneys for Defendants
TRUEBLUE, INC. and SMX, LLC

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY (SBN 168181)
emeckley@morganlewis.com
THERESA MAK (SBN 211435)
tmak@morganlewis.com
SACHA M. STEENHOEK (SBN 253743)
ssteenhoek@morganlewis.com
One Market, Spear Street Tower, San
Francisco, CA  94105
Tel.: 415.442.1000, Fax: 415.442.1001

RICHARD G. ROSENBLATT, *admitted PHV*
rrosenblatt@morganlewis.com
JOSEPH A. NUCCIO, *admitted PHV*
jnuccio@morganlewis.com
502 Carnegie Center, Princeton, NJ 08540
Tel.: 609.919.6600, Fax.: 609.919.6701

Attorneys for Defendants
AMAZON.COM, INC., GOLDEN STATE
FC, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PARSON and BRANDON MITCHELL, individually and on behalf of all those similarly situated, and MARIAH GULLAT as an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON.COM, INC., TRUEBLUE INC, SMX, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  3:16-cv-00405-JST<br><br>STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE and [Proposed] ORDER<br><br><br>Judge: Honorable Jon S. Tigar |

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND [Proposed] ORDER

## STIPULATION

Following informal discovery, the parties, by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, after informal discovery, including Plaintiffs' counsel's visit to the fulfillment center in which Plaintiffs currently work or formerly worked, Plaintiffs have decided to withdraw this action.

ACCORDINGLY, IT IS HEREBY STIPULATED AND REQUESTED by and between the parties in this action that:

1. All of Plaintiffs' claims in this matter be dismissed with prejudice and without costs and attorneys' fees to any party;

2. Plaintiffs agree not to assert claims in the future that are based on the specific factual allegations raised in the Complaint and/or First Amended Complaint in this matter; and

3. Notwithstanding the foregoing, Plaintiffs are not precluded from recovering from or participating in other class action cases that are certified as absent class members, but not as named plaintiffs or class representatives.  This includes but is not limited to any recovery associated with MDL Docket No. 2504, Master File 3:14-md-2504, Case No. 3:14-cv-290-DJH (*Saldana et al v Amazon.com et al.*).

**IT IS SO STIPULATED:**

Dated: June 27, 2016

CLAYEO C. ARNOLD, APC

By: */s/ Joshua H. Watson*
   JOSHUA H. WATSON
   Attorneys for Plaintiffs David Parson;
   Branden Mitchell; Mariah Gullat

Dated: June 27, 2016

ONGARO, PC

By: */s/ David R. Ongaro*
   DAVID R. ONGARO
   CARA R. SHERMAN
   Attorneys for Defendants Trueblue, Inc. &
   SMX, LLC

MORGAN, LEWIS & BOCKIUS, LLP

By: */s/ Theresa Mak*
THERESA MAK
Attorneys for Defendants Amazon.com Inc.,
Golden State Fulfillment FC LLC

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND [Proposed] ORDER

## **ORDER**

Pursuant to and subject to the terms and conditions of the forgoing stipulation, this matter is hereby DISMISSED WITH PREJUDICE and without costs and attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated:  June 29, 2016

HONORABLE JON S. TIGAR

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND [Proposed] ORDER